UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ISAIAH ROBINSON,

        Plaintiff,                   Case No. 1:24-cv-1294

v.                                         Honorable Robert J. Jonker

DANA M. NESSEL et al.,

        Defendants.
_____/

## **ORDER**

This action arises out of a pleading titled, "Common Law Writ Application in Admiralty Venue," which was filed by state prisoner Isaiah Robinson. Plaintiff sues Dana M. Nessel, Heidi E. Washington, William Zeerip, Robert D. Springstead, Anthony A. Monton, H. Kevin Drake, Scott D. Walburn, Robert M. Hayes, Robert Mendham, Daniel Evans, the State Bar of Michigan, Newaygo County, and the City of White Cloud. In Plaintiff's original pleading, he appeared to seek release from incarceration and $100 million in damages. (ECF No. 1, PageID.51.) In an order entered on December 10, 2024, the Court severed Plaintiff's claim for damages against the above-listed parties into the present action under 42 U.S.C. § 1983. (ECF No. 5, PageID.177.)

On January 31, 2025, the Court entered an order directing Plaintiff to file an amended complaint on the form required by this Court under Local Civil Rule 5.6(a) to correct several deficiencies in the original complaint. (ECF No. 8.) The Court allowed 21 days for Plaintiff to comply. (*Id.*, PageID.182.) The Court warned Plaintiff that if he failed to comply, the Court would dismiss his complaint for failure to comply with the Court's order and for lack of prosecution. (*Id.*, PageID.183 (citing Fed. R. Civ. P. 41(b)).)

More than 21 days have elapsed, and Plaintiff has failed to file an amended complaint. Because Plaintiff has wholly failed to comply with the Court's order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution and failure to comply with the Court's order. *See In re Alea*, 286 F.3d 378, 380–81 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 604 (6th Cir. 1997). Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **DENIED as moot**.

**IT IS SO ORDERED**.

Dated:   March 5, 2025            /s/ Robert J. Jonker
                                  Robert J. Jonker
                                  United States District Judge