UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAWON M. MARTIN #857172,

    Plaintiff,

v.

    Case No: 1:24-cv-646

    HON. ROBERT J. JONKER

JACOB ROSENBURG et al,

    Defendants.

_____/

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 6, 2025 (ECF No. 20). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 20) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Tucker's Motion for Summary Judgment (ECF No. 17) is **GRANTED** and any remaining claims against Defendant Tucker are dismissed without prejudice.

Dated:   October 31, 2025          /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE